## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: § Case No. 12-22804-ERW
§
AKILAH KING §
§
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 09/18/2013, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/21/2013           By: /s/ David P. Leibowitz
                                       (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | § | Case No. 12-22804-ERW |
|---|---|---|
| | § | |
| AKILAH KING | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $6,043.27
*and approved disbursements of*  $3,453.63
*leaving a balance on hand of[1]:*  $2,589.64

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $2,589.64

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $648.08 | $0.00 | $648.08 |
| David P. Leibowitz, Trustee Expenses | $1.68 | $0.00 | $1.68 |

Total to be paid for chapter 7 administrative expenses:  $649.76
Remaining balance:  $1,939.88

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:  $0.00
Remaining balance:  $1,939.88

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.
**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $1,939.88 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,798.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 40.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Blackhawk Finance, Inc. | $937.66 | $0.00 | $379.03 |
| 2 | Asset Acceptance LLC assignee MONTGOMERY WARDS | $2,380.60 | $0.00 | $962.31 |
| 3 | Jefferson Capital Systems LLC/ FCNB/SPIEGEL | $1,480.70 | $0.00 | $598.54 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $1,939.88 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata*

UST Form 101-7-NFR (10/1/2010)

only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                                    Case No. 12-22804-ERW
Akilah King                                                               Chapter 7
        Debtor                     CERTIFICATE OF NOTICE
District/off: 0752-1           User: esullivan              Page 1 of 2                  Date Rcvd: Aug 22, 2013
                               Form ID: pdf006              Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2013.
 db            +Akilah King,    8045 S Francisco,   Chicago, IL 60652-2726
19000793       +4200 Internation PKwy,    Carrollton, NY 75007-1912
18997909       +Afni, Inc.,    PO Box 223721,   Dallas, TX 75222-3721
19000754       +Black Hawk Financial,    2400 Devon Ave,   DesPlaines, IL 60018-4619
19661007      #+Blackhawk Finance, Inc.,    2400 E. Devon Ave., Suite 286,   Des Plaines, IL 60018-4618
19603270       +Chicago State Univ,    c/o General Revenue Corp.,    11501 North Lake Drive,
                 Cincinnati, OH 45249-1669
18997786       +Credit Acceptance,    PO Box 513,   South Field, MI 48037-0513
19000794       +Fed Loan Serv,    PO Box 69184,   Harrisburg, PA 17106-9184
18997910        JP Morgan Chase NA,    Northstar Location,   4285 Genesse St,   Cheek Towaga, NY 14225-1943
19935217       +Jefferson Capital Systems LLC,    Purchased From MIDLAND CREDIT MANAGEMENT,    PO BOX 7999,
                 SAINT CLOUD MN 56302-7999
19000795        PO Box 9184,    Harrisburg, PA 17106
19000752       +Peoples Gas Light & Coke Company,    130 E Randolph Drive,    Chicago IL 60601-6203
18997912        Professional Account,    Collection Services,   PO Box 391,    Milwaukee, WI 53201-0391
19000753       +Saxon Mortgage,    4708 Mercantitle,   Forth Worth, TX 76137-3605
18997907       +Toyota MTR Services,    500 Red Brook Blvd,   Owings Mills, MD 21117-5152
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19000792       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 23 2013 00:38:56    Asset Acceptance LLC,
                 PO Box 1630,   Warren MI 48090-1630
19727106       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 23 2013 00:38:56
                 Asset Acceptance LLC assignee MONTGOMERY WARDS,    PO Box 2036,   Warren, MI 48090-2036
18997911       +E-mail/Text: GCR_CCBankruptcies@cable.comcast.com Aug 23 2013 00:40:57    Comcast,
                 1255 W North Ave,   Chicago, IL 60642-1562
19603269       +E-mail/Text: legalcollections@comed.com Aug 23 2013 00:39:29    Comed,   PO Box 6111,
                 Carol Stream, IL 60197-6111
18997908        E-mail/Text: appebnmailbox@sprint.com Aug 23 2013 00:38:57    Sprint,   PO Box 4191,
                 Carol Stream, IL 60197
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 24, 2013**                 **Signature:**     *Joseph Speetjens*

```
District/off: 0752-1          User: esullivan            Page 2 of 2              Date Rcvd: Aug 22, 2013
                              Form ID: pdf006            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2013 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 2